UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricky J. Torres

                Plaintiff,

-against-

City of New York et al

                Defendant(s).

23-CV-01674
WAIVER OF SERVICE OF SUMMONS EXECUTED

Under Rule 4(d) of the Federal Rules of Civil Procedure, the New York City Department of Correction agrees on behalf of the defendants listed below to waive service of the summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint will be sixty days from the date that this waiver is filed.

**Defendants' Names**

**Comm. Louis Molina**

**Warden Antoinette Cort**

**Capt. Moise Rivera**

**CO Willie McNeil**

**Capt. Bernard Mathis**

**AC Thomas Griffin**

**ADW Tiffany Morals**
**DW Lisa Barnaby**

Dated:    April 25, 2023
          New York, New York

s/

Paul Shechtman
General Counsel
New York City Department of Correction
718-546-0955