UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Ricky J. Torres | |
|---|---|
| Plaintiff, | 23-CV-01674 |
| -against- | WAIVER OF SERVICE OF SUMMONS UNEXECUTED |
| The City of New York et al | |
| Defendant(s). | |

The New York City Department of Correction declines on behalf of the defendants listed below to waive service of the summons and complaint in this case and for each defendant provides a brief explanation as to why service is not being waived.

| **Defendant's name** | **Reason service not waived** |
|---|---|
| **DW Miller** | **Not enough information for identification** |
| **Warde Jean Renee** | **Retired** |
| **Capt. Fluka** | **Cannot identify/No matches with this name** |
| **ADW Gwinnie** | **Cannot identify/No matches with this name** |
| **CO Orellana** | **Retired** |

Dated: April 25, 2023
New York, New York

S/
Paul Shechtman
General Counsel
New York City Department of Correction
**718-546-0955**