USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKY J. TORRES,

      Plaintiff,

-against-

CITY OF NEW YORK et al.,

      Defendants.

23-CV-1674 (JPC) (KHP)

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO MICROSOFT TEAMS**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    The telephonic Case Management Conference in this matter scheduled for **Thursday, March 7, 2024 at 12:00 p.m.** is hereby **converted to Microsoft Teams.** At the scheduled time, the parties shall dial **+646-453-4442, conference ID 530175103#.**

    It is hereby **ORDERED** that the Warden or other official in charge of the George R. Vierno Facility produce plaintiff **Ricky J. Torres., Booking #1412001935/NYSID #12922994Q,** on March 7**, 2024, no later than 12:00 p.m.**

    **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: February 1, 2024
      New York, New York

                        **SO ORDERED**.

                        _____
                        **KATHARINE H. PARKER**
                        **United States Magistrate Judge**