```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/2/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICKY J. TORRES,

        Plaintiff,

-against-

  CITY OF NEW YORK et al.,

        Defendants.

---

23-CV-1674 (JPC) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    As discussed at the telephonic Case Management Conference on May 2, 2024:

    Defense counsel will contact Plaintiff's criminal defense attorney, Samuel Karliner, to facilitate getting Plaintiff's signature on the medical release forms.  By **May 16, 2024**, Defense counsel shall file a status letter, copying Plaintiff, advising the Court of the status of the medical release forms and whether Defendants requests a settlement conference.

    All discovery deadlines are hereby extended by 90 days. Depositions shall be completed by **Wednesday, July 10, 2024**. The deadline to complete all discovery is **Thursday, August 29, 2024**.

    **The Clerk of Court is requested to mail a copy of this order to Plaintiff.  Corporation Counsel shall immediately mail a copy of this Order to the Warden or other official in charge of the West Facility.**

    **SO ORDERED**.

Dated: May 2, 2024
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge