USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/22/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY J. TORRES,<br><br>       Plaintiff,<br><br>-against-<br><br><br>  CITY OF NEW YORK et al.,<br><br><br><br>       Defendants. | **23-CV-1674 (JPC) (KHP)**<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

Defendants filed a motion to dismiss on April 26, 2024, but never filed proof of service.

Therefore, it is unclear whether Plaintiff has received Defendants' motion. Defendants shall file

proof of service of the motion by **July 29, 2024.**

      **The Clerk of Court is requested to mail a copy of this order to Plaintiff. Corporation**

**Counsel shall immediately mail a copy of this Order to the Warden or other official in charge**

**of the West Facility.**

      **SO ORDERED**.

Dated: July 22, 2024
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge