

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2024

**mwe.com**

Becca Meyer
Associate
bmeyer@mwe.com
+1 212 547 5416

October 31, 2024

> **APPLICATION GRANTED:** The settlement conference in this matter utilizing Microsoft Teams scheduled for Thursday, November 7, 2024 at 10:00 a.m. is hereby rescheduled to <u>Tuesday, December 3, 2024 at 2:15 p.m.</u> It is ORDERED that the Warden or other official in charge of the West facility produce plaintiff RICKY J. TORRES, NYSID #12922994Q / B&C # 1412001935, on December 3, 2024 no later than 2:15 p.m. to a suitable location in the Facility for the purpose of participating by video in the conference. Pre-conference settlement submissions due by <u>November 26, 2024 at 5:00 p.m. The Clerk of Court is directed to mail a copy of this order to the plaintiff.</u>
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> 11/01/2024

**VIA E-FILING**

Magistrate Judge Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Torres v. City of New York et al*, No. 1:23-CV-01674

Dear Honorable Katharine H. Parker:

    I am a pro bono attorney who will be representing Mr. Torres at his upcoming settlement conference. The settlement conference is currently scheduled for November 7, 2024. I write to request a short adjournment of that conference, and correspondingly, the deadline to file the *ex parte* pre-settlement submission. I have not filed any previous requests for adjournment.

    Although Mr. Torres does not wish to adjourn the conference, I cannot adequately prepare for it based on the current schedule. I was only recently engaged, and just filed my notice of appearance this week. Between yesterday and today, I have received the discovery that has been exchanged to date, which I now need to review to prepare the pre-settlement submission and for the conference. I also have not had a sufficient opportunity to consult with Mr. Torres. I was able to speak with Mr. Torres briefly on a monitored line but informed him that I needed to arrange an attorney call using the proper channels. I have requested an attorney call with Mr. Torres but have not yet received confirmation of the call.

    I have spoken with opposing counsel who consents to adjourning the settlement conference. Opposing counsel and I have conferred regarding our schedules and respectfully ask the Court whether it is available to hold the settlement conference on December 4, 9, or 11, 2024.

McDermott
Will & Emery

One Vanderbilt Avenue  New York NY 10017-3852  Tel +1 212 547 5400  Fax +1 212 547 5444
*US practice conducted through McDermott Will & Emery LLP.*

Magistrate Judge Katharine H. Parker
October 31, 2024
Page 2

Sincerely,

Rebecca Meyer

McDermott
Will & Emery